**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Francis Assifuah, | Case No.: 2:21-cv-00007-APG-BNW |
| Petitioner, | **Order Directing Payment of Filing Fee** |
| v. | [ECF No. 1] |
| Chad Wolf, et al., | |
| Respondents. | |

Petitioner Francis Assifuah, in custody of Immigration and Customs Enforcement at the Henderson Detention Center, has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has not paid the filing fee, and he has not submitted an application to proceed *in forma paupers*. However, he has attached a statement of his inmate account to a motion for appointment of counsel. The statement shows that Assifuah has enough money in his account, and frequent deposits, to pay the filing fee.

IT THEREFORE IS ORDERED petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED : January 5, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE