# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Francis Assifuah,<br><br>    Petitioner,<br><br>v.<br><br>Alejandro Mayorkas, *et al*.,<br><br>    Respondents. | Case No.: 2:21-cv-00007-APG-BNW<br><br>**Order Granting Motion for Voluntary Dismissal**<br><br>[ECF No. 21] |

Petitioner Francis Assifuah has filed a motion for voluntary dismissal.[1] He states that on October 26, 2021, he was released from immigration detention. Release from detention was the relief that he sought. Good cause appearing, I grant the motion.

Assifuah's voluntary dismissal of the action makes respondents' motion to dismiss[2] moot, and I deny it for that reason.

The return address on the envelope containing the motion for voluntary dismissal is different from the address of record, and I will direct the clerk to change the address.

IT IS THEREFORE ORDERED that respondents' motion to dismiss (ECF No. 17) is **DENIED** as moot.

IT FURTHER IS ORDERED that the motion for voluntary dismissal (ECF No. 21) is **GRANTED**. The Clerk of the Court is directed to enter judgment accordingly and to close this action.

///

///

---

[1] ECF No. 21.

[2] ECF No. 17.

1    IT FURTHER IS ORDERED that the Clerk of the Court change petitioner's mailing
2 address to 2339 Thayer Ave., Henderson, NV 89074.
3    DATED: November 3, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE